In re:  Case No. 19-11423-aih
Terry Lee Fridley  Chapter 7
Sarah Brooke Fridley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1    User: admin    Page 1 of 2    Date Rcvd: Mar 19, 2019
                      Form ID: 309A    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
```
db/db          +Terry Lee Fridley,    Sarah Brooke Fridley,    856 West Shore Blvd.,
                 Sheffield Lake, OH 44054-2218
25928297       +ACCU Reference Medical Lab,    1901 East Linden Ave,    Suite 4,    Linden, NJ 07036-1195
25928298        American Education Services,    PO Box 2461,    Harrisburg,, PA 17105-2461
25928299       +Attorney John Gresh,    2300 Litton Lane,    Hebron, KY 41048-9132
25928300       +Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
25928301       +Cadira Labs,    4785 Tejon Street,    Suite 100,    Denver, CO 80211-1242
25928303       +Capital One,    2365 Northside Dr.,    San Diego, CA 92108-2709
25928305       +Cavitch, Familo & Durkin,    1300 East Ninth Street,    Cleveland, OH 44114-1501
25928308       +City of Sheffield Lake,    609 Harris Road,    Sheffield Lake, OH 44054-1498
25928310       +Discover,    2300 Litton Lane,    Suite 200,    Hebron, KY 41048-9132
25928311       +Lorain Municipal Court,    200 West Erie Avenue,    Lorain, OH 44052-1606
25928312       +MRS BPO LLC,    1930 Olney Ave,,    Cherry Hill, NJ 08003-2016
25928313       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
25928317      ++REGIONAL INCOME TAX AGENCY,    PO BOX 470537,    ATTENTION LEGAL DEPARTMENT,
                 BROADVIEW HEIGHTS OH 44147-0537
               (address filed with court:   RITA,    10107 Brecksville Road,    Brecksville, OH 44141)
25928316       +RITA,    P.O. Box 470537,    Broadview Heights, OH 44147-0537
25928321       +The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
25928322       +Toyota Financial,    P.O. Box 5866,    Carol Stream, IL 60197-5866
25928323       +Van Ru Credit Corp.,    4839 North Elston Ave,    Chicago, IL 60630-2534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: docket@ohbksource.com Mar 19 2019 22:43:49      William J. Balena,
                 30400 Detroit Road,    Suite 106,    Westlake, OH  44145
tr             +EDI: FKBCONIGLIO Mar 19 2019 02:28:00      Kari B. Coniglio,    200 Public Square Suite 1400,
                 Cleveland, OH 44114-2327
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Mar 19 2019 22:44:56      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
25928304       +EDI: RMSC.COM Mar 20 2019 02:28:00      Care Credit,    P.O. Box 960061,    Orlando, FL 32896-0061
25928306       +EDI: CHASE.COM Mar 20 2019 02:28:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
25928307       +EDI: CITICORP.COM Mar 20 2019 02:28:00      Citibank,    701 East 60th Street, N,
                 Sioux Falls, SD 57104-0493
25928309       +EDI: CRFRSTNA.COM Mar 20 2019 02:28:00      Credit First,    P.O. Box 81315,
                 Cleveland, OH 44181-0315
25928314        EDI: NAVIENTFKASMSERV.COM Mar 20 2019 02:28:00      Navient,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
25928315       +E-mail/Text: electronicbkydocs@nelnet.net Mar 19 2019 22:46:02      Nelnet,    P.O. Box 82561,
                 Lincoln, NE 68501-2561
25930573       +EDI: PRA.COM Mar 20 2019 02:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
25928318       +EDI: DRIV.COM Mar 20 2019 02:28:00      Santander,    P.O. Box 560284,    Dallas, TX 75356-0284
25928319       +E-mail/Text: bankruptcy@bbandt.com Mar 19 2019 22:45:30      Sheffield Financial,
                 P.O. Box 1704,    Clemmons, NC 27012-1704
25928320        EDI: RMSC.COM Mar 20 2019 02:28:00      Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
25928324       +E-mail/Text: BKRMailOps@weltman.com Mar 19 2019 22:46:10      Weltman Weinberg & Reis Company,
                 323 West Lakeside Avenue, East,    Cleveland, OH 44113-1009
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
25928302*      +Cadira Labs,    4785 Tejon Street,    Suite 100,    Denver, CO 80211-1242
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
       Kari B. Coniglio    kbconiglio@vorys.com,
        mdwalkuski@vorys.com;jnorth@vorys.com;kbc@trustesolutions.net
       William J. Balena    on behalf of Debtor Sarah Brooke Fridley docket@ohbksource.com,
        debra@ohbksource.com
       William J. Balena    on behalf of Debtor Terry Lee Fridley docket@ohbksource.com,
        debra@ohbksource.com

                                                                                                     TOTAL: 3

| | | **Information to identify the case:** | | Social Security number or ITIN | xxx–xx–7588 |
|---|---|---|---|---|---|
**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Terry Lee Fridley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7588** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Sarah Brooke Fridley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3454** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter  **7**   **3/15/19** |
| Case number: | **19–11423–aih** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Terry Lee Fridley | Sarah Brooke Fridley |
| 2. | **All other names used in the last 8 years** | | fka Sarah Jones, fka Sarah Warren |
| 3. | **Address** | 856 West Shore Blvd. <br> Sheffield Lake, OH 44054 | 856 West Shore Blvd. <br> Sheffield Lake, OH 44054 |
| 4. | **Debtor's attorney** <br> Name and address | William J. Balena <br> 30400 Detroit Road <br> Suite 106 <br> Westlake, OH 44145 | Contact phone (440) 365–2000 <br><br> Email:  docket@ohbksource.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Kari B. Coniglio <br> 200 Public Square Suite 1400 <br> Cleveland, OH 44114 | Contact phone (216) 479–6167 <br><br> Email:  kbconiglio@vorys.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

19-11423-aih    Doc 8    FILED 03/21/19    ENTERED 03/22/19 00:21:31    Page 3 of 4

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | United States Bankruptcy Court Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | Hours open 9:00 AM – 4:00 PM Contact phone 216–615–4300 Date: 3/19/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 15, 2019 at 03:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | Location: **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/14/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

19-11423-aih    Doc 8    FILED 03/21/19    ENTERED 03/22/19 00:21:31    Page 4 of 4